FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 17, 2026
SEAN F. MCAVOY, CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

HEATHER MILLER,

*Plaintiff*

v.

DAVISON DESIGN & DEVELOPMENT, INC.,

*Defendant*

Civil Action No. 2:25-CV-00459-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☑ other: Pursuant to the Order at ECF No. 30, Plaintiff's Unopposed Motion for Final Approval of Settlement at ECF No. 25, is GRANTED.

Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ________ without a jury and the above decision was reached.

☑ decided by Judge REBECCA L. PENNELL

Date: 11/17/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*